**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
JAN 11 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GE SEACO SERVICES LTD.<br><br>Plaintiff,<br><br>vs.<br><br>EMPRESA DE NAVEGACION MARITIMA MARUBA S.C.A.; COMPANIA LATINOAMERICANA DE NAVEGACION S.A. (a/k/a CLAN S.A.); and SOUTH ATLANTIC CONTAINER LINE LTD.<br><br>Defendants. | Case No. CV09 08545 R (CWx)<br><br>**REQUEST FOR DISMISSAL OF ACTION WITHOUT PREJUDICE AND RETAINED JURISDICTION; [PROPOSED] ORDER**<br><br>**FILED UNDER SEAL** |

**MCKASSON & KLEIN LLP**
Neil B. Klein, SBN 142734
neilk@mckassonklein.com
Michael Fischer, SBN 202543
mfischer@mckassonklein.com
2211 Michelson Drive, Suite 320
Irvine, CA 92612
Tel: (949) 724-0200
Fax: (949) 724-0201

Attorneys for: Plaintiff GE SeaCo Services Ltd.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GE SEACO SERVICES LTD. | Case No. CV09 08545 R (CWx) |
| Plaintiff, | Honorable Judge Manuel Real |
| vs. | **IN ADMIRALTY** |
| EMPRESA DE NAVEGACION MARITIMA MARUBA S.C.A.; COMPANIA LATINOAMERICANA DE NAVEGACION S.A. (a/k/a CLAN S.A.); and SOUTH ATLANTIC CONTAINER LINE LTD. | **REQUEST FOR DISMISSAL OF ACTION WITHOUT PREJUDICE AND RETAINED JURISDICTION;** [PROPOSED] **ORDER** |
| Defendants. | **[Supp. Adm. Rule B]** |

Pursuant to F.R.C.P. 41(a)(2), Plaintiff GE SeaCo Services Ltd. ("GESC") hereby requests that this Court issues an Order dismissing the instant action against all defendants, without prejudice, and releasing defendants' property attached by GESC, including the M/V MARUBA PARANA.

This request is made pursuant to a settlement agreement dated January 11th 2010 between GESC and defendants Empresa De Navegacion Maritima Maruba S.C.A., Compania Latinoamericana de Navegacion S.A. and South Atlantic Container Line Ltd. (collectively "Defendants"). Pursuant to such agreement, GESC and Defendants have agreed and thus GESC hereby requests that the Court retain

jurisdiction over this case for one hundred and eighty (180) days.

Respectfully submitted,

Dated: January 11, 2010

Neil B. Klein
Michaël Fischer
McKasson & Klein LLP
Attorneys for Plaintiff GE SeaCo Services Ltd.

## [PROPOSED] ORDER

WHEREAS, the Court has reviewed Plaintiff GESC's Request for Dismissal of Action without Prejudice and Retained Jurisdiction, and good cause appearing therefore, it is hereby,

ORDERED that the instant action is dismissed against all defendants, without prejudice. It is further ORDERED that Defendants' property which was attached in this proceeding, including the M/V MARUBA PARANA, is hereby released. It is further ORDERED that the Court retains jurisdiction over this case for one hundred and eighty (180) days from the date of this Order.

**IT IS SO ORDERED.**

Dated: Jan. 11, 2010

United States District Court Judge